ACCEPTED
05-15-00591-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/12/2015 6:46:52 PM
LISA MATZ
CLERK

**Appellate Docket Number:** <u>05-15-00591-CR</u>

Appellate Case Style: **Kevin Ray Wingo v. State of Texas**

Trial Cause Number: F-1362425-Q

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/12/2015 6:46:52 PM
LISA MATZ
Clerk

**Companion Cases:**

Amended/corrected statement:  ☐

# DOCKETING STATEMENT CRIMINAL

**Appellate Court:** 5th Court of Appeals of Dallas Texas
(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I.  Appellant** | **II. Appellant Attorney (s)** |
|---|---|
| First Name: Kevin<br><br>Middle Name:  Ray<br><br>Last Name:   Wingo<br><br>Suffix:<br><br>Appellant Incarcerated?<br><br>Amount of Bond:<br><br>Pro Se: | Lead Attorney:  Valencia Bush<br><br>☒Appointed   ☐ District Attorney<br>☐ Retained    ☐ Public Defender<br><br>Address: Valencia Bush Attorney<br>10000 N. Central Epwy. #400<br>Dallas, Texas 75231<br><br>Telephone: 214 631-3435<br>Fax:        1 866 275-2570<br>Email:      valenciabush@aol.com<br>SBN:        18692100 |

## III. Perfection of Appeal, Judgement and Sentencing

| | |
|---|---|
| Nature of Case: Criminal<br><br>Type of Judgment: Guilty (Revocation)<br><br>Date of Sentence:  04/23/15<br><br>Date of Offense:    11/13/2013<br><br>Offense Charged:  Agg Assault DW<br><br>Defendant's Plea:  True<br><br>If guilty, does defendant have the trial court's certificate to appeal?<br><br>☒ Yes    ☐ No | Was trial by jury ☐ jury or ☒ non jury<br>Date Notice of Appeal given: 05/04/15<br><br>Punishment Assessed: 10 years TDCJ<br><br>Is appeal from pre-trial Order? ☐Yes<br><br>☒ No<br><br>Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance.<br><br>☐ Yes      ☒ No |

## IV.  Actions Extending Time to Perfect Appeal

## V.  Indigency of Party

Motion and affidavit filed ☒ Yes ☐ No      ☐ NA

Date of Hearing:  05/04/15                    ☐ NA

Date of Order:    05/04/15                    ☐ NA

Ruling on Motion:   ☒ Granted      ☐ Denied   Date of ruling:  05/04/15

## VI. Trial Court and Record

Court:    Criminal District Court No. 204     Clerks Record:

County: Dallas                                 Trial Court Clerk ⊠District  □County

Trial Docket Cause No:  F-1362425-Q           Clerk's Record Requested? ⊠ Yes  □No

Trial Court Judge (who disposed of case):     Payment Arrangements made?
                                              □Yes □No  ⊠ Indigent

Presiding Judge:     Honorable Tammy Kemp
Address:             133 North Riverfront Blvd
                     Dallas, Texas 75207
Phone:               214 653-3600

## Reporter's or  Recorder's Record

Is there a reporter's record?   ⊠ Yes  □ No

Was the reporter's record requested  ⊠ Yes □ No

Was the reporter's record electronically recorded? ⊠ Yes   □No

If yes date requested or to be requested:  5/12/15

Were payment arrangements made with the court reporter □Yes □ No ⊠ Indigent

## Court Reporter(s)

⊠ Official            □Substitute

Name:    Kendra Thibodeaux

Address: 133 North Riverfront Blvd
         Dallas, Texas 75207

Phone:    214 653-5833
Email:

## VII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____          Court:_____

Style:_____ v. State of Texas

## VIII.  Signature

_Valencia Bush_

_____

Valencia Bush
Attorney at Law
10000 North Central Expwy. Ste. 400
Dallas, Texas 75231
SBN: 18692100
Ph: 214-631-3435
Fax: 1 866 275 2570
valenciabush@aol.com

## IX. Certificate of Service

### Certificate of Service

The undersigned counsel hereby certifies that on May 12, 2015 a copy of the above Docketing Statement was served by E-file to the 5th Court of Appeals at Dallas County, 500 Commerce, Dallas Texas 75207, and the Appellate Division of the District Attorney's Office. 133 North Riverfront Blvd., Dallas, Texas 75207.

_Valencia Bush_